**Sammy WILSON, Plaintiff–Appellee,**

v.

**AAA PLUMBING POTTERY CORPORATION, Defendant–Appellant.**

**No. 93–6406.**

United States Court of Appeals, Eleventh Circuit

July 20, 1995.

Ralph K. Strawn, Jr., Gadsden, AL, and J. Fredrick Ingram, and F.A. Flowers, III, Burr & Forman, Birmingham, AL, for appellant.

Mary A.R. Stackhouse, Philip E. Miles, and William R. Willard, Jr., Gadsden, AL, for appellee.

## ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

Before TJOFLAT, Chief Judge, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES and BARKETT, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.